1  PAUL L. REIN, Esq. (SBN 43053)
2  CELIA MCGUINNESS, Esq. (SBN 159420)
   CATHERINE M. CABALO (SBN 248198)
3  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
4  Oakland, CA  94612
   Telephone:    510/832-5001
5  Facsimile:    510/832-4787

6  Attorneys for Plaintiff
7  QUAIS AMIN

8  * Defendants' counsel listed after the caption

9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12 | QUAIS AMIN, | CASE NO.    C12-6562 RMW |
   |---|---|
13 | Plaintiff, | **STIPULATION AND [] ORDER TO EXTEND TIME UNDER F.R.C.P. RULE 12(F)** |
14 | v. | |
15 | SJ OMOGARI KOREAN RESTAURANT; JAMES DONLEE TURNER DBA SJ OMOGARI RESTAURANT; SUNNY LEE TURNER DBA SJ OMOGARI KOREAN RESTAURANT; TODD R. FUJINAGA; DEBRA L. MASAMORI; and DOES 1-10, inclusive, | |
16 | | |
17 | | |
18 | | |
19 | Defendants. | |

20
21
22  JEFFER MANGELS BUTLER & MITCHELL LLP
    MARTIN H. ORLICK SBN. 083908 mho@jmbm.com
23  MATTHEW S. KENEFICK, SBN 227298 msk@jmbm.com
    Two Embarcadero Center, Fifth Floor
24  San Francisco, California  94111-3824
    Telephone:    (415) 398-8080
25  Facsimile:    (415) 398-5584

26  Attorneys for Defendants JAMES DONLEE TURNER
    dba SJ OMOGARI KOREAN RESTAURANT; and
27  SUNNY LEE TURNER dba SJ OMOGARI
    KOREAN RESTAURANT
28

STIPULATION TO EXTEND TIME UNDER FRCP
RULE 12(F)
CASE NO. C12-6562 RMW                        - 1 -

SF 1434277v1

1  RAMSEY LAW GROUP
   HUSSEIN SAFFOURI SBN. 177863
2  250 Lafayette Circle, Suite 200
   Lafayette, CA 94549
3  Telephone:     (925) 284-2002
   Facsimile:     (925) 402-8053
4
   Attorney for Defendants TODD R. FUJINAGA
5  And DEBRA L. MASAMORI

6

7  **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES**

8  **AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

9

10      WHEREAS, this case has been assigned for early disclosures and mediation under General

11 Order 56, and the parties to this stipulation want to make best efforts to settle this case without

12 litigation;

13      WHEREAS, plaintiff's deadline for filing a motion under FRCP Rule 12(f) to strike

14 insufficient defenses and "redundant, immaterial, impertinent, or scandalous" material from the

15 Answer of defendants James Donlee Turner dba SJ Omogari Korean Restaurant and Sunny Lee

16 Turner dba SJ Omogari Korean Restaurant ("Turner Defendants") is March 8, 2013 and from the

17 Answer of defendants Todd R. Fujinaga and Debra L. Masamori is March 15, 2013;

18      WHEREAS, Plaintiff and Defendants have tried unsuccessfully to resolve their disputes

19 over the Answers informally.  However, they wish to avoid the necessity of plaintiff filing a Rule

20 12(f) motion until/unless mediation does not succeed; THEREFORE:

21      IT IS HEREBY STIPULATED by and among all parties that the deadline for plaintiff to file

22 any motion under Federal Rule of Civil Procedure 12(f) be extended to 20 days past the date the

23 mediator certifies that mediation under General Order 56 has been completed.

24 //

25 //

26 //

27 //

28

STIPULATION TO EXTEND TIME UNDER FRCP
RULE 12(F)
CASE NO. C12-6562 RMW                                    - 2 -

SF 1434277v1

| | | |
|---|---|---|
| 1 | Date:  March 8, 2013 | LAW OFFICE OF PAUL L. REIN<br>PAUL L. REIN<br>CELIA MCGUINNESS |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ Celia McGuinness<br>CELIA McGUINNESS, ESQ.<br>Attorneys for Plaintiff QUAIS AMIN |
| 5 | | |
| 6 | | |
| 7 | Date:  March 8, 2013 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>MARTIN H. ORLICK<br>MATTHEW S. KENEFICK |
| 8 | | |
| 9 | | By    /s/ Matthew Kenefick<br>MATTHEW S. KENEFICK, ESQ.<br>Attorney for Defendants JAMES DONLEE TURNER dba SJ OMOGARI KOREAN RESTAURANT and SUNNY LEE TURNER db SJ OMOGARI KOREAN RESTAURANT |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Date:  March 8, 2013 | RAMSEY LAW GROUP<br>HUSSEIN SAFFOURI |
| 15 | | |
| 16 | | By:    /s/  Hussain Saffouri<br>HUSSEIN SAFFOURI, ESQ.<br>Attorneys for Defendants TODD R. FUJINAGA and DEBRA L. MASAMORI |
| 17 | | |
| 18 | | |

1  ORDER

2  Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED

3  that the deadline for plaintiff to file any motion under Federal Rule of Civil Procedure 12(f) be

4  extended to 20 days past the date the mediator certifies that mediation under General Order 56 has

5  been completed

6  IT IS SO ORDERED.

7

8  Dated March __, 2013

   *Ronald M. Whyte*

9  District Court Judge Ronald M. Whyte

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28